IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONOVAN REALTY, LLC,** *et al.*, : | |
| : | |
| Plaintiffs/Counterclaim-Defendants, : | CIVIL ACTION |
| : | |
| v. : | NO. 20-3954 |
| : | |
| **CAMPERS INN HOLDING CORP.,** *et al.*, : | |
| : | |
| Defendants/Counterclaim-Plaintiffs. : | |

## ORDER

**AND NOW**, this 10th day of November 2021, upon consideration of Defendants/Counterclaim Plaintiffs' Motion for Preliminary Injunction (ECF No. 9), Plaintiffs/Counterclaim Defendants Motion for Partial Judgment on the Pleadings (ECF No. 15), and Defendants/Counterclaim Plaintiffs' Response in Opposition to the Motion (ECF No. 22), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendants' Motion for Preliminary Injunction (ECF No. 9) is **DENIED AS MOOT**; and

2. Plaintiffs' Motion for Partial Judgment on the Pleadings (ECF No. 15) is **DENIED WITH PREJUDICE**.[1]

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated November 10, 2021.