UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DONOVAN REALTY, LLC, et al.,            :
                                        :
            Plaintiffs/Counterclaim     :    NO.  20-CV-03954-CMR
            Defendants,                 :
                                        :
    v.                                  :
                                        :
CAMPERS INN HOLDING CORP., et al.,      :
                                        :
            Defendants/Counterclaim     :
            Plaintiffs.                 :
                                        :

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs/Counterclaim Defendants Donovan Realty, LLC, DD&A Tilden Realty, LLC, Zerteck, Inc., Tilden Recreational Vehicles, Inc. and Derwood L. Littlefield (collectively, "Plaintiffs"), by their undersigned counsel, respectfully request an extension of time for the parties to file their respective briefs in opposition to the parties' respective motions for summary judgment and partial summary judgment, and any replies or sur-replies thereto, and averring in support thereof as follows:

1.      On March 15, 2022, Plaintiffs and Defendants/Counterclaim Plaintiffs Campers Inn Holding Corp., CI of Hamburg, LLC and CI of West Coxsackie, LLC (collectively, "Defendants") filed a Joint Stipulation to Extend Summary Judgment Briefing, which set forth, in pertinent part, the filing deadlines for the parties' respective motions for summary judgment or partial summary judgement as well as any oppositions, replies and sur-replies thereto (ECF No. 60).

2.      On March 17, 2022, the Court issued a scheduling order which provided, in pertinent part, the filing deadlines for the parties' respective motions for summary judgment or

partial summary judgement as well as any oppositions, replies and sur-replies thereto (the "Scheduling Order") (ECF No. 62).

3.    The Scheduling Order required the parties to file: (i) all dispositive motions on or before April 28, 2022; (ii) all oppositions to dispositive motions on or before May 19, 2022; (iii) any replies in further support of the dispositive motions on or before May 31, 2022; and (iv) any sur-replies to all dispositive motions on or before June 7, 2022.

4.    On April 28, 2022, Plaintiffs filed their motion for partial summary judgment (ECF No. 77) and Defendants filed their motion for summary judgment (ECF Nos. 67-73).

5.    Plaintiffs respectfully request a short extension of time to respond to Defendants' voluminous motion, the need for which is due to an emergent matter that arose on May 13, 2022 in connection with another litigation that lead counsel for Plaintiffs is handling.

6.    Plaintiffs respectfully request that the remaining briefing deadlines set forth in the Scheduling Order for all oppositions, replies and sur-replies for dispositive motions be extended correspondingly by one week.

7.    If Plaintiffs' extension is granted, the parties' respective schedule will be amended as follows:

    a.  All oppositions to dispositive motions are to be filed on or before May 26, 2022;

    b.  Any replies to dispositive motions are to be filed on or before June 7, 2022; and

    c.  Any sur-replies to dispositive motions are to be filed on or before June 14, 2022.

8.    Other than as requested above, all deadlines and matters set forth in the Scheduling Order will remain unchanged.

9.    Plaintiffs reached out to Defendants on May 13, 2022, when the scheduling issue for Plaintiffs' counsel arose, to request their consent to this extension, but Defendants have not yet provided a response.

**WHEREFORE**, Plaintiffs/Counterclaim Defendants Donovan Realty, LLC, DD&A Tilden Realty, LLC, Zerteck, Inc., Tilden Recreational Vehicles, Inc. and Derwood L. Littlefield respectfully request this Court grant the within Motion, and grant the parties an extension of time to file their oppositions, replies and sur-replies to the dispositive motions.

Dated: May 13, 2022

Respectfully submitted,

By:    */s/ Paige M. Willan*
       Paige M. Willan, Esq.
       William T. Hill, Esq.
       Stephanie M. Grey, Esq.
       KLEHR HARRISON HARVEY
       BRANZBURG LLP
       1835 Market Street, Suite 1400
       Philadelphia, PA 19104
       (215) 569-2700
       pwillan@klehr.com
       whill@klehr.com
       sgrey@klehr.com
       *Counsel for Plaintiffs/Counterclaim*
       *Defendants*

3

**CERTIFICATE OF SERVICE**

I, Stephanie M. Grey, hereby certify that, on May 13, 2022, I caused a true and correct copy of the foregoing Plaintiffs/Counterclaim Defendants' Motion for an Extension of Time be served on counsel for Defendants/Counterclaim Plaintiffs Campers Inn Holding Corporation, CI of Hamburg, LLC, and CI of West Coxsackie, LLC via this Court's electronic filing system:

Blank Rome LLP
Attn: James T. Smith, William R. Cruse, and Danielle Catalan
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
smith-jt@blankrome.com
cruse@blankrome.com
danielle.catalan@blankrome.com

*/s/ Stephanie M. Grey*
Stephanie M. Grey

4