# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONOVAN REALTY, LLC,** *et al.*<br><br>            **Plaintiffs/Counterclaim Defendants,**<br><br>    **v.**<br><br>**CAMPERS INN HOLDING CORP.,** *et al*.<br><br>            **Defendants/Counterclaim Plaintiffs.** | **CIVIL ACTION NO. 20-3954** |

## ORDER

**AND NOW**, this 29th day of September 2022, upon consideration of the Motion to Quash [Doc. No. 37] and the opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**. It is further **ORDERED** that counsel shall confer and file a status report within **14 days** as to whether any party seeks to conduct additional discovery for purposes of supplementing the summary judgment record, and if so, set forth a proposed schedule.

It is so **ORDERED**.

                                                                    **BY THE COURT:**

                                                                     /s/ Cynthia M. Rufe
                                                                    _____
                                                                    **CYNTHIA M. RUFE, J.**