# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONOVAN REALTY, LLC,** *et al.* <br>    **Plaintiffs/Counterclaim Defendants,** <br> v. <br> **CAMPERS INN HOLDING CORP.,** *et al.* <br>    **Defendants/Counterclaim Plaintiffs.** | **CIVIL ACTION NO. 20-3954** |

## ORDER

**AND NOW**, this 28th day of March 2023, upon consideration of the cross-Motions for Summary Judgment [Doc. Nos. 67, 68, 69, 70, 71, 72, 73, 75, and 77], and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motions are **DENIED**.

It is so **ORDERED**.

                 BY THE COURT:

                 /s/ Cynthia M. Rufe
                 _____
                 **CYNTHIA M. RUFE, J.**