IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONOVAN REALTY, LLC, *et al.* <br><br>    Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CAMPERS INN HOLDING CORP., *et al.* <br><br>    Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 20-3954 |

## ORDER

**AND NOW**, this 28th day of March 2023, it is hereby **ORDERED** that no later than **April 18, 2023**, counsel shall submit a joint status report by email (to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov) stating whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

If the parties do not wish to engage in alternative dispute resolution, the Court will place the case in an available trial pool. In the alternative, the parties may wish to consider whether to consent to proceed to trial on a date certain before a United States Magistrate Judge.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] If the parties consent to the reference of the civil action to a magistrate judge, they should file the form entitled Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge, available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.