IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONOVAN REALTY, LLC, *et al.*<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>CAMPERS INN HOLDING CORP., *et al.*<br><br>    Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 20-3954 |

## ORDER

**AND NOW**, this 13th day of May 2024, in accordance with the Court's Findings of Fact and Conclusions of Law entered this date, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Counterclaim Defendants and against Counterclaim Plaintiffs on the Counterclaim.

2. Judgment is entered in favor of Plaintiffs and against Defendants on the Complaint as follows: the Lis Pendens Notice [Doc. No. 11] is **VACATED** as Defendants have no claim on the properties at issue.

It is further **ORDERED** that the motions *in limine* [Doc. Nos. 140 and 145] are **DISMISSED as moot** given the rulings of the Court.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**