**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONOVAN REALTY, LLC, *et al.*** <br> **Plaintiffs/Counterclaim Defendants,** <br> **v.** <br> **CAMPERS INN HOLDING CORPORATION, *et al.*** <br> **Defendants/Counterclaim Plaintiffs.** | **CIVIL ACTION NO. 20-3954** |

**ORDER**

**AND NOW,** this 16th day of November 2026, upon consideration of Plaintiffs' Petition for Attorneys' Fees, Expenses, and Interest [Doc. No. 214] and Plaintiffs' Motion to Compel Campers Inn to Produce Legal Invoices to the Court for *In Camera* Review [Doc. No. 229], and all responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Compel [Doc. No. 229] is **DENIED**.
2. Plaintiffs' Petition for Attorneys' Fees, Expenses, and Interest [Doc. No. 214] is **GRANTED** in the amount of **$2,821,359.77**, itemized as follows:
    a. Attorneys' Fees for Dilworth Paxson LLP: $1,352,917.84;
    b. Attorneys' Fees for Klehr Harrison Harvey Branzburg LLP: $1,089,091.93;
    c. Statutory Prejudgment Interest on Liquidated Damages Award: $379,350.00.

The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**